■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BUNIEK, Appellant. [858 NYS2d 891]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Dibella, J.), rendered February 8, 2005, convicting him of kidnapping in the second degree, criminal possession of a weapon in the fourth degree, possessing an obscene sexual performance by a child, and stalking in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal was valid and precludes review of his challenges to the factual sufficiency of his plea allocution (*see People v Mydosh,* 27 AD3d 580 [2006]).

The defendant's remaining contentions are without merit. Rivera, J.P., Spolzino, Dickerson and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CARR, Appellant. [858 NYS2d 890]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 6, 2004 (*People v Carr,* 13 AD3d 389 [2004]), affirming a judgment of the County Court, Suffolk County, rendered February 24, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Skelos and Santucci, JJ., concur.